UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

KOBI KARP ARCHITECTURE & INTERIOR
DESIGN, INC. D/B/A KOBI KARP
ARCHITECTS AND INTERIOR
DESIGNERS INC, KOBI KARP, NANCY KARP,

    Defendants.
_____/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, GABRIELLA EMILY NELSON, brings this action against Defendants, KOBI KARP ARCHITECTURE & INTERIOR DESIGN, INC. D/B/A KOBI KARP ARCHITECTS AND INTERIOR DESIGNERS INC, KOBI KARP, and NANCY KARP, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff GABRIELLA EMILY NELSON was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant, KOBI KARP ARCHITECTURE & INTERIOR DESIGN, INC. D/B/A KOBI KARP ARCHITECTS AND INTERIOR DESIGNERS INC, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of architectural and interior design, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4

4. Two or more of Defendants' employees used tools, supplies, and equipment pursuant to their employments that were manufactured outside Florida including but not limited to computers, keybaords, computer mice, and computer monitors.

5. Defendant, KOBI KARP, is a resident of Miami-Dade County, Florida and was, and now is, a manager of Defendant, KOBI KARP ARCHITECTURE & INTERIOR DESIGN, INC. D/B/A KOBI KARP ARCHITECTS AND INTERIOR DESIGNERS INC, and controlled Plaintiff's duties, hours worked, and compensation. Accordingly, KOBI KARP was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

6. Defendant, NANCY KARP, is a resident of Miami-Dade County, Florida and was, and now is, a manager of Defendant, KOBI KARP ARCHITECTURE & INTERIOR DESIGN, INC. D/B/A KOBI KARP ARCHITECTS AND INTERIOR DESIGNERS INC, and controlled Plaintiff's duties, hours worked, and compensation. Accordingly, NANCY KARP was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

7. Plaintiff GABRIELLA EMILY NELSON worked for Defendants as a receptionist.

8. Defendants failed to pay Plaintiff his full and proper minimum wages for certain hours that she worked.

9. Attached as <u>Exhibit A</u> is a preliminary calculation of Plaintiff's claims. These amounts may change as Plaintiff engages in the discovery process.

10. Defendants have knowingly and willfully refused to pay Plaintiff her legally-entitled wages by failing to pay Plaintiff her wages.

11. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

5

12. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

13. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-12 above as if set forth herein in full.

14. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

15. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791