# Exhibit A
## Statement of Claim
## Plaintiff Gabriella Emily Nelson

**Unpaid Minimum Wages**

| Date[1] | Hours Worked[1] | Minimum Wage Hourly Rate[1] | Amount Paid[1] | Total Unpaid Minimum Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|
| 3/16/17 | 8 | $ 7.25 | $  - | $ 58.00 | $ 58.00 |
| 3/17/17 | 8 |  | $  - | $ 58.00 | $ 58.00 |
|  |  |  |  | $ 116.00 | $ 116.00 |

|  |  |
|---:|---:|
| Total Unpaid Minimum Wages[1] = | $ 116.00 |
| Total Liquidated Damages[1] = | $ 116.00 |
| Total[1] = | $ 232.00 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.